CLERK, U.S. DISTRICT COURT
MAR 11 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO LOREN GORDON, | NO. ED CV 09-2004-SVW(E) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS, |
| TERESER A. BANKS, et al., | CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment shall be entered dismissing the action without prejudice.

///
///
///
///

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order and the Judgment of this date on Plaintiff.

DATED: _____Feb 25_____, 2010.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

```
 1
 2
 3
 4
 5
 6
 7
 8               UNITED STATES DISTRICT COURT
 9              CENTRAL DISTRICT OF CALIFORNIA
10
11  MARIO LOREN GORDON,          )  NO. ED CV 09-2004-SVW(E)
                                 )
12            Plaintiff,         )
                                 )
13       v.                      )  REPORT AND RECOMMENDATION OF
                                 )
14  TERESER A. BANKS, et al.,    )  UNITED STATES MAGISTRATE JUDGE
                                 )
15            Defendants.        )
    _____)
16
17
18       This Report and Recommendation is submitted to the Honorable
19  Stephen V. Wilson, United States District Judge, pursuant to 28 U.S.C.
20  section 636 and General Order 05-07 of the United States District
21  Court for the Central District of California.
22
23                           PROCEEDINGS
24
25       On October 28, 2009, Plaintiff filed a civil rights complaint.
26  By Memorandum and Order filed December 17, 2009, the Court dismissed
27  the complaint with leave to amend.  The Memorandum and Order allowed
28  Plaintiff to file a First Amended Complaint within thirty (30) days of
```

the date of the Memorandum and Order. The Memorandum and Order cautioned Plaintiff that failure to file a timely First Amended Complaint could result in the dismissal of this action. Plaintiff did not file a First Amended Complaint within the allotted time.

## DISCUSSION

The action should be dismissed without prejudice. The complaint is defective for the reasons stated in the Memorandum and Order. Plaintiff has failed to file a First Amended Complaint within the allotted time. The Court has inherent power to achieve the orderly and expeditious disposition of cases by dismissing actions for failure to prosecute. Link v. Wabash R.R., 370 U.S. 626, 629-30 (1962); see Fed. R. Civ. P. 41(b).

## RECOMMENDATION

For all of the foregoing reasons, IT IS RECOMMENDED that the Court issue an Order: (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered dismissing the action without prejudice.

DATED: January 27, 2010.

_____/S/_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Reports and Recommendations are not appealable to the Court of Appeals, but may be subject to the right of any party to file objections as provided in the Local Rules Governing the Duties of Magistrate Judges and review by the District Judge whose initials appear in the docket number. No notice of appeal pursuant to the Federal Rules of Appellate Procedure should be filed until entry of the judgment of the District Court.