```
                                              FILED
                                    CLERK, U.S. DISTRICT COURT

                                         MAR 11 2010

                                    CENTRAL DISTRICT OF CALIFORNIA
                                    BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO LOREN GORDON,            )<br>                                )<br>            Plaintiff,       )<br>                                )<br>    v.                          )<br>                                )<br>TERESER A. BANKS, et al.,       )<br>                                )<br>            Defendants.      )<br>_____) | NO. ED CV 09-2004-SVW(E)<br><br><br>JUDGMENT |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: _____February 25_____, 2010.

/s/ Stephen V. Wilson
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE